# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **WM CAPITAL PARTNERS XXXIX, LLC,** : | No. 3:15cv695 |
| Plaintiff : | (Judge Munley) |
| v. : | |
| **BLUESTONE PIPELINE COMPANY OF PENNSYLVANIA, LLC,** : | |
| Defendant : | |

## ORDER

**AND NOW**, to wit, this 9th day of May 2016, Defendant Bluestone Pipeline Company of Pennsylvania, LLC's motion to dismiss Plaintiff WM Capital Partners XXXIX, LLC's second amended complaint (Doc. 22) is hereby **GRANTED**. The plaintiff's second amended complaint is **DISMISSED** with prejudice, and the Clerk of Court is directed to close this case.

                                        **BY THE COURT:**

                                        **s/ James M. Munley**
                                        **JUDGE JAMES M. MUNLEY**
                                        **United States District Court**